UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. : | ORDER |
| RICHARD BANKS : | CR. NO. 🕮 12-410 |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 11TH day of June, 2012

ORDERED that Richard Coughlin, Federal Public Defender for the District of New Jersey, (Lori Koch, AFPD) is hereby appointed to represent said defendant in this case until further order of the Court.

_____
JOSEPH H. RODRIGUEZ,
UNITED STATES DISTRICT JUDGE

cc: Federal Public Defender